# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Arax Bogosian, et al,<br><br>Defendants. | CASE NO. 2:20-cv-03862-WDK-JC<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ARAX BOGOSIAN AND LOS ROBLES VENTURES, INC. |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants ARAX BOGOSIAN and LOS ROBLES VENTURES, INC.  that the above-entitled action is hereby dismissed **with prejudice** against ARAX BOGOSIAN and LOS ROBLES VENTURES, INC..

///

///

///

///

**ORDER RE:**
**STIPULATION OF DISMISSAL**
**Case No. 2:20-cv-03862-WDK-JC**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: September 29, 2020
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///